**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brian Latchford, individually and dba Latchford Roofing<br>42143 Kimberly Way<br>Murrieta, CA 92562<br>TELEPHONE NO.: 951-837-9721  FAX NO.:<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: P. O. Box 431
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Civil Division

CASE NAME: Latchford v. Batterton, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [✓] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [✓] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Two
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 21, 2008
Brian Latchford   BRIAN LATCHFORD
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Page 1

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY |
|---|---|
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BRET BATTERTON, KRYSTAL BRACY, AKA KRYSTAL BATTERTON, PARKER FUNDING, INC., AND DOES 1 THROUGH 10 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BRIAN LATCHFORD, INDIVIDUALLY AND DBA LATCHFORD ROOFING

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Riverside County Superior Court, Civil Division
4050 Main Street
P. O. Box 431, Riverside, CA 92501

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brian Latchford, In Pro Per
42143 Kimberly Way, Murrieta, CA 92562

DATE:                                    Clerk, by _____, Deputy
*(Fecha)*                                 *(Secretario)*                                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brian Latchford, individually and dba Latchford Roofing<br>42143 Kimberly Way<br>Murrieta, CA 92562<br>TELEPHONE NO: 951-837-9721    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: P. O. Box 431
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Civil Division

PLAINTIFF: Brian Latchford, individually and dba Latchford Roofing

DEFENDANT: Bret Batterton, Krystal Bracy, aka Krystal Batterton, Parking Funding, Inc.

[✓] DOES 1 TO 10

**CONTRACT**
[✓] COMPLAINT    [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | |

1. **Plaintiff*** (name or names):
   Brian Latchford, individually and dba Latchford Roofing
   alleges causes of action against **defendant*** (name or names):
   Bret Batterton, Krystal Bracy, aka Krystal Batterton, Parking Funding, Inc., and Does 1 to 10, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] other (specify):

   b. [✓] Plaintiff (name):
      a. [✓] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
         Latchford Roofing
      b. [✓] has complied with all licensing requirements as a licensed (specify): contractor
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [✓] except defendant (name): Parker Funding, Inc.    [ ] except defendant (name):
      (1) [ ] a business organization, form unknown    (1) [ ] a business organization, form unknown
      (2) [✓] a corporation    (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):    (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):    (4) [ ] a public entity (describe):
      (5) [ ] other (specify):    (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 2

Page 3

PLD-C-001

| SHORT TITLE: Latchford v. Batterton et al. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* 1 to 10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to   ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☑ Breach of Contract
   ☐ Common Counts
   ☑ Other *(specify):*
      Fraud

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $ 54,200.00
    b. ☑ interest on the damages
       (1) ☑ according to proof
       (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:

Brian Latchford, individually and dba Latchford Roofing
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)
*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]                COMPLAINT—Contract                         Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: Latchford v. Batterton et al. | CASE NUMBER: |
|---|---|

**FIRST** CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Brian Latchford, individually and dba Latchford Roofing

alleges that on or about *(date):* 1-3-2008
a [✓] written [ ] oral [ ] other *(specify):*
agreement was made between *(name parties to agreement):*
Brian Latchford, individually and dba Latchford Roofing and Bret Batterton
[✓] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement [ ] are stated in Attachment BC-1 [ ] are as follows *(specify):*

BC-2. On or about *(dates):* January 15, 2008
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [✓] the following acts *(specify):*

Defendant failed to make good on repayment of a loan, or any portion thereof, which is documented by the Promissory Note attached hereto as Exhibit "A" in the amount of $45,000 plus interest in an amount to be proven at the time of trial, and a subsequent additional loan in the amount of $9,200.00 plus interest in an amount to be proven at the time of trial.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4 [✓] as follows *(specify):*
Plaintiff was induced to loan the funds claimed herein by defendant's promise to repay the funds in a short period of time at a high rate of return. Defendant, Bret Batterton, signed a Promissory Note documenting their agreement. His wife, Krystal Bracy, aka Krystal Batterton, participated in the inducement by agreeing to notarize the Promissory Note, albeit improperly, however, she failed to disclose she was Bret Batterton's wife and had a financial interest in securing the loan.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[ ] according to proof.

BC-6. [ ] Other:

Page 3

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Breach of Contract

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Page 5

PLD-C-001(3)

| SHORT TITLE: Latchford v. Batterton et al. | CASE NUMBER: |
|---|---|

| __SECOND__ | **CAUSE OF ACTION—Fraud** |
|---|---|
| (number) | |

ATTACHMENT TO  [✓] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: Brian Latchford, individually and dba Latchford Roofing

alleges that defendant *(name)*: Bret Batterton, Krystal Bracy, aka Krystal Batterton, Parker Funding, Inc.

on or about *(date)*: 1-3-2008        defrauded plaintiff as follows:

FR-2. [✓] **Intentional or Negligent Misrepresentation**
   a. Defendant made representations of material fact  [ ] as stated in Attachment FR-2.a  [✓] as follows:
   Defendant, Bret Batterton, knowingly and willfully induced plaintiff to loan him money in connection with a certain guaranteed investment. Defendant promised plaintiff the return of the original $35,000 plus $10,000 in interest, and signed a Promissory Note inducing Plaintiff to loan him the funds. He then borrowed $9,200 more, due at the same time. Defendant, Krystal Bracy, aka Krystal Batterton, participated in the fraud by notarizing the Promissory Note, however, she failed to mention she was Bret Batterton's wife and would receive financial gain, which notarization was improper at best and fraud in the inducement at worst.

   b. These representations were in fact false. The truth was  [✓] as stated in Attachment FR-2.b  [ ] as follows:
   Defendants had no intention of returning to plaintiff the original loan or any interest thereon. Defendants willfully and fraudulently misrepresented their intention to repay the loan based on a lie about an incredible investment opportunity for which they needed a loan to invest in. They represented that the loan was only for a very short period of time, for which they would return a very high rate of interest. Their fraud was intentional, malicious and willful.

   c. When defendant made the representations,
      [✓] defendant knew they were false, or
      [ ] defendant had no reasonable ground for believing the representations were true.

   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [✓] **Concealment**
   a. Defendant concealed or suppressed material facts  [ ] as stated in Attachment FR-3.a  [ ] as follows:
   Defendants knew their investment for which plaintiff loaned them money was subject to a high risk of loss, however, they failed to disclose that fact and guaranteed a certain return in writing.

   b. Defendant concealed or suppressed material facts
      [ ] defendant was bound to disclose.
      [✓] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page ___4___

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Page 1 of 2
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Page 6

PLD-C-001(3)

| SHORT TITLE: Latchford v. Batterton et al. | CASE NUMBER: |
|---|---|

**SECOND** <u>        </u>    **CAUSE OF ACTION—Fraud**
(number)

FR-4. [✓] **Promise Without Intent to Perform**
  a. Defendant made a promise about a material matter without any intention of performing it [ ] as stated in Attachment FR-4.a [✓] as follows:

  Defendant promised in writing to return the principal sum of $35,000 plus $10,000 in interest within a 12 day period. The writing also promised to pay $100 per day for every day the sum of $45,000 was still owing. Defendant then borrowed an additional $9,200, also to be paid back on the same date as the Promissory Note, with a guaranteed amount of interest ($800). All such promises were intentionally false and made with the intent of inducing plaintiff to make the loan. Plaintiff has not received a penny of the actual amounts loaned to Defendants, let alone any interest.

  b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act [ ] as stated in Attachment FR-5 [✓] as follows:

  By agreeing to loan the money based solely on defendant's false representations that a certain investment was iron clad and it would result in the prompt return of the original amount loaned and a high rate of interest. Defendant further committed in the Note to pay $100/day on the original loan if the full amount agreed upon was not paid on time. Defendant even had his wife act as the notary to make the Promissory Note seem more legitimate, however, neither of them disclosed the fact that the notary was actually the wife of defendant, Bret Batterton, and she herself had incentive to participate in the fraud. Defendant, Krystal Bracy, aka Krystal Batterton's, willingness to act as the notary on the form of Promissory Note was improper because she had a financial interest in the subject Note, and also because she failed to add a proper acknowledgment form. The form of notarization, unbeknownst to plaintiff, was completely inadequate and improper and was intentional inducement.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged [ ] as stated in Attachment FR- 6 [✓] as follows:

  In the combined about of $54,200, plus additional interest at the rate to be proven at the time of trial.

FIR - 7. Other:

PLD-C-001(3) [Rev. January 1, 2007]    **CAUSE OF ACTION—Fraud**    Page 5

Page 2 of 2