JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brian Latchford, dba Latchford Roofing<br>42143 Kimberly Way<br>Murrieta, CA 92562<br>TELEPHONE NO.: 951-837-9721  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>JUL 22 2010 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: P. O. Box 431
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Civil Division

PLAINTIFF: Brian Latchford, individually and dba Latchford Roofing

DEFENDANT: Bret Batterton, Krystal Bracy aka Krystal Batterton et al

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk  ☑ By Default  ☐ After Court Trial<br>☑ By Court  ☐ On Stipulation  ☐ Defendant Did Not Appear at Trial | RIC 511838 |

## JUDGMENT

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☑ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court  ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.
      ☐ Defendant (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.
      ☐ Plaintiff's attorney (name each):
         (1)
         (2)
      ☐ Defendant 's attorney (name each):
         (1)
         (2)
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision  (Code Civ. Proc., § 632)  ☐ was not  ☐ was  requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6
American LegalNet, Inc.
www.FormsWorkflow.com

Page 8

| PLAINTIFF: Brian Latchford, individually and dba Latchford Roofing | CASE NUMBER: |
|---|---|
| DEFENDANT: Bret Batterton, Krystal Bracy aka Krystal Batterton et al | RIC 511838 |

JUDGMENT IS ENTERED AS FOLLOWS BY:  [✓] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [✓] for plaintiff *(name each)*:
   Brian Latchford, individually and dba Latchford Roofing
   and against defendant *(names)*:
   Bret Batterton
   [✓] Continued on Attachment 5a.

   c. [ ] for cross-complainant *(name each)*:
   and against cross-defendant *(name each)*:
   [ ] Continued on Attachment 5c.

   b. [ ] for defendant *(name each)*:
   d. [ ] for cross-defendant *(name each)*:

6. **Amount.**
   a. [ ] Defendant named in item 5a above must pay plaintiff on the complaint:

   | | | |
   |---|---|---|
   | (1) [✓] | Damages | $ 54,200.00 |
   | (2) [✓] | Prejudgment interest at the annual rate of 10 % | $ 1,882.84 |
   | (3) [ ] | Attorney fees | $ |
   | (4) [ ] | Costs | $ 535.00 |
   | (5) [ ] | Other *(specify)*: | $ |
   | (6) | TOTAL | $ 56,617.84 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | | | |
   |---|---|---|
   | (1) [ ] | Damages | $ |
   | (2) [ ] | Prejudgment interest at the annual rate of % | $ |
   | (3) [ ] | Attorney fees | $ |
   | (4) [ ] | Costs | $ |
   | (5) [ ] | Other *(specify)*: | $ |
   | (6) | TOTAL | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $
   [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [ ] Other *(specify)*:

John Molloy

Date: JUL 2 1 2010    [ ] _____ JUDICIAL OFFICER

Date: _____    [ ] Clerk, by _____ , Deputy

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)    I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____ , Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]    **JUDGMENT**

LATCHFORD V. BATTERTON, ET AL.
RCSC CASE NO. RIC 511838

JUDGMENT BY COURT DEFAULT

**Attachment No. 5a.**
(Continuation of defendants
against whom judgment is to be awarded):

Krystal Bracy, aka Krystal Batterton, and Parker Funding, Inc.