Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Balpreet K. Thiara (SBN 265150)
bthiara@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (858) 412-2704

Attorneys for Plaintiff
Brian Latchford, dba Latchford Roofing

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BRET MICHAEL BATTERTON and KRYSTAL LYNN BATTERTON,<br><br>Debtors. | Case No. 6:10-bk-47066-DS<br><br>Adv. Proc. No. 6:11-ap-01154-DS<br><br>Chapter 7 |
| BRIAN LATCHFORD, DBA LATCHFORD ROOFING,<br><br>Plaintiff,<br><br>vs.<br><br>BRET MICHAEL BATTERTON and KRYSTAL LYNN BATTERTON,<br><br>Defendants. | **STIPULATED JUDGMENT RE COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523**<br><br>**Hearing**: [*No hearing required*]<br>Date:<br>Time:<br>Crtm: |

This Stipulated Judgment Re Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523 ("Stipulated Judgment") is entered into by and between Bret Michael Batterton and Krystal Lynn Batterton aka Krystal Bracy (collectively, the "Defendants"), by and through their attorney of record, Michael D. Iverson; and Brian Latchford ("Plaintiff"), by and through his attorney of record, Pite Duncan, LLP.

/./././

/./././

/./././

- 1 -    CASE NO. 6:11-ap-01154-DS
**STIPULATED JUDGMENT**

**RECITALS**

A.  In January of 2008, Defendants obtained two separate loans from Plaintiff in the aggregate amount of $44,200.00, which were due and payable on January 15, 2008, with interest. The loans are referred to hereinafter as the "Subject Loans."

B.  Following Defendants' default under the terms of the Subject Loans, on or about October 21, 2008, Plaintiff filed a Complaint for Fraud and Breach of Contract in the Superior Court of California for the County of Riverside (the "Superior Court").

C.  On or about July 22, 2010, the Superior Court entered a judgment in favor of Plaintiff in the aggregate amount of $56,617.84 (the "State Court Judgment"), which consisted of: (i) damages in the amount of $54,200.00; (ii) prejudgment interest in the amount of $1,882.84; and (iii) costs in the amount of $535.00.

D.  On or about November 16, 2010, Defendants filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California - Riverside Division, which was assigned Case No. 6:10-bk-47066-DS.

E.  On or about February 23, 2011, Plaintiff commenced the instant proceeding by filing a Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523 (the "Complaint") against Defendants wherein Plaintiff prays that the Court find the Subject Loans to be non-dischargeable pursuant to 11 U.S.C. § 523.

**NOW THEREFORE**, the parties hereby stipulate and agree to judgment as follows:

1.  The outstanding balance of the State Court Judgment shall be reduced to $48,750.00 (the "Modified Obligation"), which amount includes Plaintiff's reasonable attorneys' fees and costs incurred in this proceeding, in the amount of $3,750.00, and shall be repayable, without interest, as set forth in paragraph 2 herein;

2.  Defendants shall satisfy the Modified Obligation as follows:

    - Commencing September 25, 2011, and continuing thereafter for seventy-five (75) consecutive months, until December 25, 2017, Defendants shall tender monthly payments to Plaintiff on the twenty-fifth (25th) day of each month in the amount of $650.00 until the Modified Obligation is paid in full;

3.  Defendants' obligations on the Subject Loans and the State Court Judgment shall be non-dischargeable pursuant to section 523(a)(2) of title 11 of the United States Code and Defendants shall remain personally liable on the Subject Loans and the State Court Judgment, notwithstanding their receipt of a chapter 7 discharge;

4.  In the event that Defendants fail to timely tender payments pursuant to paragraph 2 herein, Plaintiff shall send Defendants a delinquency notice via regular and certified mail to the following address: 33600 Willowhaven, #105, Murrieta, California 92562. If the delinquency is not cured in full within ten (10) calendar days from the date of the mailing of the written notice, Defendants shall be deemed in default and Plaintiff shall have the right to execute the full amount of the State Court Judgment in the sum of $56,617.84, less any payments Plaintiff previously received from the Defendants pursuant to this Stipulated Judgment, plus Plaintiffs' reasonable attorneys' fees and costs incurred in this proceeding, in the amount of $3,750.00, and plus interest payable at the rate specified in 28 U.S.C. § 1961 from and after the date of default, without further notice, order, or proceeding of the court;

5.  Notwithstanding anything contained herein to the contrary, Defendants shall be entitled to a maximum of three (3) delinquency notices pursuant to the preceding paragraph. Once Defendants have defaulted this number of times on the obligations imposed by this Stipulated Judgment and have been served with this number of delinquency notices, Plaintiff shall be relieved of any obligation to serve additional notices and provide additional opportunities to cure. If an event of default occurs thereafter, Plaintiff will be entitled, without first serving a delinquency notice and providing Defendants with an opportunity to cure, to execute the full amount of the State Court Judgment in the sum of $56,617.84, less any payments Plaintiff previously received from the Defendants pursuant to this Stipulated Judgment (with the exception of the attorneys' fees and costs portion of the Modified Obligation), plus Plaintiffs' reasonable attorneys' fees and costs incurred in this proceeding, in the amount of $3,750.00, and plus interest payable at the rate specified in 28 U.S.C. § 1961 from and after the date of default, without further notice, order, or proceeding of the court;

/./././

6. In the event that Defendants default under this Stipulated Judgment and Plaintiff forwards a notice pursuant to paragraph 4 herein, Defendants shall be required to tender $100.00 for each delinquency notice submitted in order to cure the default, which amount shall be added to the delinquency noticed pursuant to paragraph 4 herein;

7. In the event that Defendants satisfy this Stipulated Judgment, as provided herein, Plaintiff shall file a Satisfaction of Judgment with the court; and

8. In the event of legal action to enforce or interpret this Stipulated Judgment, the prevailing party shall be entitled to reasonable attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated: August 24, 2011

By: _____
MICHAEL D. IVERSON
Attorney for Defendants Bret Michael Batterton and Krystal Lynn Batterton

PITE DUNCAN, LLP

Dated: August 25, 2011

By: _____
BALPREET K. THIARA
Attorneys for Plaintiff Brian Latchford dba Latchford Roofing

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200, San Diego, CA 92117.

The foregoing document described Stipulated Judgment Re Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

mdiversonesq@hotmail.com
ustpregion16.rs.ecf@usdoj.gov
rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 25, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Deborah J. Saltzman, 3420 Twelfth Street, Suite 385, Riverside, CA 92501-3819
Bret and Krystal Batterton, 33600 Willowhaven #105, Murrieta, CA 92562

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2011 | Meliza Martinez-Meza | /s/ Meliza Martinez-Meza |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**