Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Balpreet K. Thiara (SBN 265150)
bthiara@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (858) 412-2704

Attorneys for *Plaintiff*
Brian Latchford, dba Latchford Roofing

FILED & ENTERED

JUN 19 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY denson    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BRET MICHAEL BATTERTON and KRYSTAL LYNN BATTERTON,<br><br>Debtors.<br><br>BRIAN LATCHFORD, DBA LATCHFORD ROOFING,<br><br>Plaintiff,<br><br>vs.<br><br>BRET MICHAEL BATTERTON and KRYSTAL LYNN BATTERTON,<br><br>Defendants. | Case No.  6:10-bk-47066-DS<br><br>Chapter  7<br><br>Adv. Proc. No. 6:11-ap-01154-DS<br><br>**ORDER GRANTING MOTION TO ESTABLISH FORUM FOR ENFORCEMENT OF STIPULATED JUDGMENT RE COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523**<br><br>**Hearing**:<br>Date:   June 13, 2013<br>Time:   10:30 a.m.<br>Crtm:   304 |

The above-captioned matter came before the Court on *plaintiff* Brian Latchford, dba Latchford Roofing's ("Plaintiff") *Motion to Establish Forum for Enforcement of Stipulated Judgment Re Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523* [Dkt. No. 17] (the "Motion"). Having read and considered all papers filed in support of the Motion, and good cause appearing therefor,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, by virtue of *defendants* Bret Michael Batterton and Krystal Lynn Batterton's ("Defendants") default under the *Stipulated Judgment Re Complaint to*

*Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523* [Dkt. No. 12], as approved by an order of this Court on August 29, 2011, Plaintiff is entitled to enforce the full amount of that certain Judgment entered in favor of Plaintiff in Superior Court of California for the County of Riverside Case No. RIC 511838 (the "State Court Judgment").

**IT IS FURTHER ORDERED** that the Court's exercise of jurisdiction in this matter was limited to determining that the State Court Judgment is nondischargeable and this determination did not constitute a separate monetary judgment.

**IT IS FURTHER ORDERED** that all issues regarding the enforcement of the State Court Judgment should be addressed to and resolved by the Superior Court of California for the County of Riverside.

###

Date: June 19, 2013

Deborah J. Saltzman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***Order Granting Motion to Establish Forum*** was entered on the date indicated as ⌐Entered¬ on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of *(date)* June 18, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

ecfcacb@piteduncan.com
ustpregion16.rs.ecf@usdoj.gov
rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

☐ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Krystal and Bret Batterton
33600 Willowhaven #105
Murrieta, CA 92562

Brian Latchford
42143 Kimberly Way
Murrieta, CA 92562

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ⌐Entered¬ stamp, the party lodging the judgment or order will serve a complete copy bearing an ⌐Entered¬ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page